CHESTER M. RUDNICKI *vs.* BOSTON MUNICIPAL COURT DEPARTMENT [1]. March 2, 1989. *Practice, Civil,* Dismissal.

The plaintiff appeals from an order of a single justice of this court dismissing, without a hearing, his action for relief in the nature of prohibition

---

[1] This case was considered by a quorum consisting of Chief Justice Hennessey and Justices Wilkins, Lynch, and O'Connor. Justices Liacos, Abrams, and Nolan did not participate.

seeking to stay prosecution of a criminal action pending against the plaintiff in the Boston Municipal Court Department. The single justice did not abuse his discretion. The petition presented no conceivable basis on which the plaintiff would have been entitled to relief in the county court. The plaintiff was not entitled to a hearing.

*Order affirmed without a hearing.*

*Chester M. Rudnicki,* pro se, submitted a brief.


*Order affirmed without a hearing.*